In the Matter of the Claim of Nick Fougiaxis, Respondent, v. Morales & Contos & Compos et al., Appellants. Workmen's Compensation Board, Respondent. — Memorandum by the Court.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by the court.